IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NEMEA HALL,

       Petitioner,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D14-2820

FLORIDA DEPARTMENT OF
CORRECTIONS,

       Respondent.

_____/

Opinion filed September 17, 2014.

Petition for Writ of Prohibition -- Original Jurisdiction.

Nemea Hall, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Kathleen C. Hagan, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

LEWIS, C.J., PADOVANO and CLARK, JJ., CONCUR.